1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**EASTERN DISTRICT OF CALIFORNIA**

8
9

GEORGE AVALOS, an individual,

**CASE NO.:  1:20-cv-01437-DAD-EPG**

10

Plaintiff,

11

v.

**ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

12

BRIDGESTONE AMERICAS, INC.; a Nevada corporation JENNIE M. MARTIN, individually

13

and as trustee of the MARTIN LIVING TRUST DATED MARCH 12, 1996; and DOES 1 through

14

10, inclusive,

15
16

Defendants.

17

    The Court having duly considered the parties' Stipulation to Extend Time to Respond to

18

Complaint, and good cause appearing, orders as follows:

19

    BRIDGESTONE AMERICAS, INC.'s deadline to file a responsive pleading to PLAINTIFF's

20

Complaint is extended to December 18, 2020.

21
22

IT IS SO ORDERED.

23

    Dated:   **November 24, 2020**        /s/ _Erica P. Grosjean_

24

                                                    UNITED STATES MAGISTRATE JUDGE

25
26
27
28

-1-